Augusta ALLEN, Jr. *v.* STATE of Arkansas

RC 90-47                                                    795 S.W.2d 58

Supreme Court of Arkansas
Opinion delivered September 24, 1990

*Henry Swift*, for movant.

No objection.

PER CURIAM. Appellant, Augusta Allen, Jr., by his attorney, has filed for a rule on the clerk.

His attorney, Henry J. Swift, admits that the record was tendered late due to a mistake on his part.

We find that such an error, admittedly made by the attorney for a criminal defendant, is good cause to grant the motion. See our Per Curiam opinion dated February 5, 1979, *In Re: Belated Appeals in Criminal Cases*, 265 Ark. 964.

A copy of this opinion will be forwarded to the Committee on Professional Conduct.